RICHARD J. SIMONS, ESQ. - SBN 072676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, California  94541
(510) 582-1080 Telephone
(510) 582-8254 Facsimile
rick@fjslaw.com

Attorneys for Plaintiff
HECTOR GALVEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GALVEZ | No. 1:09-cv-00049-LJO-GSA |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |
| v. | |
| CATHOLIC HEALTHCARE WEST; MARK TWAIN ST. JOSEPH'S HOSPITAL; PETRE MOTIU, M.D.; | |
| Defendants. | |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action against Catholic Healthcare West, Mark Twain St. Joseph's Hospital, and Petre Motiu, M.D., without prejudice.

Plaintiff represents that he has not and will not receive any payment, direct or indirect, in connection with the dismissal of the action.

///

///

_____
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1

Dated: April 7, 2009						FURTADO, JASPOVICE & SIMONS
								A Law Corporation



								By _____
								RICHARD J. SIMONS
								Attorneys for Plaintiff


								**ORDER**

IT IS SO ORDERED.  The Clerk of Court is directed to close this case.

DATED:  April 7, 2009						/s/ Lawrence J.  O'Neill

								THE HONORABLE LAWRENCE J. O'NEILL
								United Stated District Judge